

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00298-CR

Elvin Laron **BURNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5493
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 18, 2014.

_____
Karen Angelini, Justice